**FILED**
6/23/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:25−mj−00366−2
### *Internal Use Only*

Case title: USA v. Khan et al

Date Filed: 06/18/2025

Other court case number: 1:25−cr−00321−3,4 Northern District
of Illinois (Eastern Division)

# 25CR321

Assigned to: Magistrate Judge
Christina A Bryan

**Defendant (2)**

**Suhaib Ahmad Chaudhry**     represented by  **Kimberly Nichole McTorry**
McTorry Law PLLC
5300 Memorial Drive
Suite 750
Houston, TX 77007
281−883−8160
Email: kimberly@shesmylawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| Title 18, United States Code, Sections 1956(a)(1)(B)(i), 1957, and 1956(h) (Count 19) | |

1

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2025 | | Arrest (Rule 40) of Suhaib Ahmad Chaudhry, filed. (pns4) (Entered: 06/18/2025) |
| 06/18/2025 | 1 | Indictment– Northern District of Illinois Eastern Division as to Mahmood Sami Khan, Suhaib Ahmad Chaudhry, filed. (pns4) (Entered: 06/18/2025) |
| 06/18/2025 | 3 | Arrest Warrant issued 06/12/2025; Returned Executed on 6/17/2025 as to Suhaib Ahmad Chaudhry. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy., filed. (pns4) (Entered: 06/18/2025) |
| 06/18/2025 | | Set Hearing as to Suhaib Ahmad Chaudhry: Initial Appearance – Rule 40 set for 6/18/2025 at 02:00 PM in Courtroom 701 before Magistrate Judge Christina A Bryan (pns4) (Entered: 06/18/2025) |
| 06/18/2025 | | Arrest of Suhaib Ahmad Chaudhry, filed. (mem4) (Entered: 06/18/2025) |
| 06/18/2025 | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 6/18/2025 before Magistrate Judge Christina A Bryan as to Suhaib Ahmad Chaudhry. Defendant first appearance on Indictment from the Illinois Northern District Court 4:25–cr–0321 and advised of rights/charges. Defendant requests appointed counsel, Financial affidavit executed, Defendant appeared with counsel. Order appointing private counsel to be entered for limited purpose (Bryan or Palermo), Bond set, $50,000 Unsecured, Defendant advised of conditions of release, Defendant to be released after bond perfected, Order of Temporary Detention to be entered. Bond Hearing set for 6/20/2025 at 10:00 AM in Courtroom 701 before Magistrate Judge Christina A Bryan Defendant to be released once passports are surrendered or a copy of DS–64 is provided. Appearances: AUSA Anhkhoa Thien Tran for USA; Kimberly McTorry (CJA) for Defendant.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Cynthia Moreno) Defendant remanded to custody, filed. (mem4) (Entered: 06/18/2025) |
| 06/18/2025 | 7 | ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE for Defendant Suhaib Ahmad Chaudhry. Kimberly McTorry appointed. (Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 06/18/2025) |
| 06/18/2025 | 8 | BRADY ORDER on Rule 5(f) as to Suhaib Ahmad Chaudhry. (Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 06/18/2025) |
| 06/18/2025 | 9 | Order of Temporary Detention Pending Hearing as to Suhaib Ahmad Chaudhry Bond Hearing set for 6/20/2025 at 10:00 AM in Courtroom 701 before Magistrate Judge Christina A Bryan ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 06/18/2025) |
| 06/20/2025 | | BOND HEARING Minute Entry for proceedings held on 6/20/2025 before Magistrate Judge Christina A Bryan as to Suhaib Ahmad Chaudhry. Defendant appeared with counsel. Bond set, $50,000 Unsecured Bond, Defendant advised of conditions of release, Defendant to be released after bond perfected, Defendant on bond to appear in originating district Illinois Northern District Court, Chicago Division for hearing set on at,, 219 SouthDearborn Street, Chicago, IL 60604,. Defense provided proof of |

2

| | | |
|---|---|---|
| | | Defendant's submitted DS–64 form. Appearances: AUSA Heather Winter for USA; Kimberly McTorry (CJA) for Defendant.(ERO:Yes) (Interpreter: No) Bond executed and deft to be released, filed. (mem4) (Entered: 06/20/2025) |
| 06/20/2025 | 10 | ORDER for Defendant to Appear in the District Where Charges Are Pending and Transferring Bail as to Suhaib Ahmad Chaudhry. The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending. Charging District: Illinois Northern District Court, Chicago Division, 4:25–CR–00321. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 06/20/2025) |
| 06/20/2025 | 13 | Unsecured Bond Entered as to Suhaib Ahmad Chaudhry in amount of $ 50,000,, filed. (mem4) (Entered: 06/23/2025) |
| 06/20/2025 | 14 | ORDER Setting Conditions of Release as to Suhaib Ahmad Chaudhry. ( Signed by Magistrate Judge Christina A Bryan) (Attachments: # 1 Unredacted attachment) Parties notified. (mem4) (Entered: 06/23/2025) |

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:43934330@txs.uscourts.gov
Subject:Activity in Case 4:25-mj-00366 USA v. Khan et al Arrest - Rule 40
```
Content-Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 6/18/2025 at 10:43 AM CDT and filed on 6/17/2025

**Case Name:**       USA v. Khan et al

**Case Number:**     4:25–mj–00366

**Filer:**

**Document Number:** No document attached

**Docket Text:**
 **Arrest (Rule 40) of Suhaib Ahmad Chaudhry, filed. (pns4)**


**4:25–mj–00366–2 Notice has been electronically mailed to:**

**4:25–mj–00366–2 Notice has not been electronically mailed to:**

AO 442 (Rev. 11/11) Arrest Warrant

AUSA Sheri H. Mecklenburg, (312) 469-6030

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | CASE NUMBER: |
| SUHAIB CHAUDHRY | **UNDER SEAL** |

To:     Any Authorized Law Enforcement Officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* SUHAIB CHAUDHRY, who is accused of an offense or violation based on the following document filed with the court:

Indictment

This offense is briefly described as follows:

Title 18, United States Code, Sections 1956(a)(1)(B)(i), 1957, and 1956(h)

Date: June 12, 2025

_____
*Issuing Officer's signature*

City and State: Chicago, Illinois

<u>Gabriel A. Fuentes, Magistrate Judge</u>
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/17/2025 , and the person was arrested on *(date)* 6/17/25 , at *(city and state)* Houston, Tx . |
| Date: 6/17/25 |

_____
*Arresting officer's signature*

Marquis Nelson, Special Agent
*Printed name and title*

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:43934415@txs.uscourts.gov
Subject:Activity in Case 4:25-mj-00366 USA v. Khan et al Set
```
/Reset Deadlines/Hearings
Content–Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 6/18/2025 at 10:49 AM CDT and filed on 6/18/2025

**Case Name:**        USA v. Khan et al

**Case Number:**      4:25–mj–00366

**Filer:**

**Document Number:** No document attached

**Docket Text:**
 **Set Hearing as to Suhaib Ahmad Chaudhry: Initial Appearance – Rule 40 set for 6/18/2025 at 02:00 PM in Courtroom 701 before Magistrate Judge Christina A Bryan (pns4)**

**4:25–mj–00366–2 Notice has been electronically mailed to:**

**4:25–mj–00366–2 Notice has not been electronically mailed to:**

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: Federal Public Defender - Houston (hou_ecf@fd.org), Kimberly Nichole
McTorry (kimberly@shesmylawyer.com)
--Non Case Participants:
--No Notice Sent:

Message-Id:43941819@txs.uscourts.gov
Subject:Activity in Case 4:25-mj-00366 USA v. Khan et al Arrest
```
Content–Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 6/18/2025 at 8:11 PM CDT and filed on 6/18/2025

**Case Name:** USA v. Khan et al

**Case Number:** 4:25–mj–00366

**Filer:**

**Document Number:** No document attached

**Docket Text:**
 **Arrest of Suhaib Ahmad Chaudhry, filed. (mem4)**

**4:25–mj–00366–2 Notice has been electronically mailed to:**

Federal Public Defender – Houston &nbsp &nbsp hou_ecf@fd.org

Kimberly Nichole McTorry &nbsp &nbsp kimberly@shesmylawyer.com

**4:25–mj–00366–2 Notice has not been electronically mailed to:**

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: Federal Public Defender - Houston (hou_ecf@fd.org), Kimberly Nichole
McTorry (kimberly@shesmylawyer.com)
--Non Case Participants:
--No Notice Sent:

Message-Id:43941821@txs.uscourts.gov
Subject:Activity in Case 4:25-mj-00366 USA v. Khan et al Initial Appearance - Rule 5(c)(3)
Content-Type: text/html
```

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 6/18/2025 at 8:16 PM CDT and filed on 6/18/2025

| | |
|---|---|
| **Case Name:** | USA v. Khan et al |
| **Case Number:** | 4:25–mj–00366 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 6/18/2025 before Magistrate Judge Christina A Bryan as to Suhaib Ahmad Chaudhry. Defendant first appearance on Indictment from the Illinois Northern District Court 4:25–cr–0321 and advised of rights/charges. Defendant requests appointed counsel, Financial affidavit executed, Defendant appeared with counsel. Order appointing private counsel to be entered for limited purpose (Bryan or Palermo), Bond set, $50,000 Unsecured, Defendant advised of conditions of release, Defendant to be released after bond perfected, Order of Temporary Detention to be entered. Bond Hearing set for 6/20/2025 at 10:00 AM in Courtroom 701 before Magistrate Judge Christina A Bryan Defendant to be released once passports are surrendered or a copy of DS–64 is provided. Appearances: AUSA Anhkhoa Thien Tran for USA; Kimberly McTorry (CJA) for Defendant.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Cynthia Moreno) Defendant remanded to custody, filed. (mem4)**

**4:25–mj–00366–2 Notice has been electronically mailed to:**

Federal Public Defender – Houston &nbsp &nbsp hou_ecf@fd.org

Kimberly Nichole McTorry &nbsp &nbsp kimberly@shesmylawyer.com

**4:25–mj–00366–2 Notice has not been electronically mailed to:**

United States District Court
Southern District of Texas

**ENTERED**

June 18, 2025

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA        §
                                §
*versus*                        §        Case No. 4:25–mj–00366
                                §
Suhaib Ahmad Chaudhry           §


## ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE


Because the Defendant, Suhaib Ahmad Chaudhry, has satisfied this court that (s)he is financially unable to employ counsel for initial appearance only and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent Defendant in the above designated case for the **limited purpose of any hearing conducted in Houston, Texas**, and shall have no effect once the Defendant is transferred to the original court in the Illinois Northern District Court, Chicago Division. Once transferred, the original court must make a new determination on whether the Defendant satisfies the requirements for appointed counsel based on the information available to the court at that time.


**Attorney appointed: Kimberly McTorry**


The appointment **SHALL** remain in effect until Defendant is transferred to the original jurisdiction and this case is terminated in the Southern District of Texas.


Signed on June 18, 2025.


Christina A. Bryan
United States Magistrate Judge

9

United States District Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:25–mj–00366 |
| | § | |
| Suhaib Ahmad Chaudhry | § | |

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is **ORDERED** to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

It is so **ORDERED**.

**SIGNED** on June 18, 2025.

Christina A. Bryan
United States Magistrate Judge

10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:25−mj−00366 |
| | § | |
| Suhaib Ahmad Chaudhry | § | |

### ORDER TO DETAIN A DEFENDANT TEMPORARILY UNDER 18 U.S.C. § 3142(d)

At the time of the alleged offense, the defendant was not a United States citizen or a person lawfully admitted for permanent residence, or, alternatively, the defendant was on release pending trial for a state or federal felony; on release after conviction for any type of offense, state or federal; or on probation or parole. This court finds that the defendant, if released, may flee or pose a danger to another person or the community.

**IT IS ORDERED:** The defendant must be detained temporarily under 18 U.S.C. § 3142(d) until the hearing in this case scheduled as follows: **Bond Hearing set for June 20, 2025 at 10:00 AM before Christina A Bryan.**

The attorney for the government is directed to notify the appropriate court, probation or parole officer, state or local law enforcement officer, or the United States Citizenship and Immigration Services so that a detainer may be placed on the defendant or custody may be transferred. If no action is taken by the above date, the defendant must be brought before this court on that date for further proceedings.

Date: June 18, 2025

Christina A. Bryan
United States Magistrate Judge

11

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants: Federal Public Defender - Houston (hou_ecf@fd.org), Kimberly Nichole
McTorry (kimberly@shesmylawyer.com)
--Non Case Participants:
--No Notice Sent:

Message-Id:43944665@txs.uscourts.gov
Subject:Activity in Case 4:25-mj-00366 USA v. Khan et al Bond Hearing
Content-Type: text/html
```

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 6/20/2025 at 10:44 AM CDT and filed on 6/20/2025

| | |
|---|---|
| **Case Name:** | USA v. Khan et al |
| **Case Number:** | 4:25–mj–00366 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**BOND HEARING Minute Entry for proceedings held on 6/20/2025 before Magistrate Judge Christina A Bryan as to Suhaib Ahmad Chaudhry. Defendant appeared with counsel. Bond set, $50,000 Unsecured Bond, Defendant advised of conditions of release, Defendant to be released after bond perfected, Defendant on bond to appear in originating district Illinois Northern District Court, Chicago Division for hearing set on at,, 219 SouthDearborn Street, Chicago, IL 60604,. Defense provided proof of Defendant's submitted DS–64 form. Appearances: AUSA Heather Winter for USA; Kimberly McTorry (CJA) for Defendant.(ERO:Yes) (Interpreter: No) Bond executed and deft to be released, filed. (mem4)**

**4:25–mj–00366–2 Notice has been electronically mailed to:**

Federal Public Defender – Houston &nbsp &nbsp hou_ecf@fd.org

Kimberly Nichole McTorry &nbsp &nbsp kimberly@shesmylawyer.com

**4:25–mj–00366–2 Notice has not been electronically mailed to:**

United States District Court
Southern District of Texas
**ENTERED**
June 20, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:25−mj−00366 |
| | § | Charging District: |
| | § | Illinois Northern District Court |
| Suhaib Ahmad Chaudhry | § | Charging District's Case No. |
| | | 4:25−CR−00321 |

### ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT
### WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in Illinois Northern District Court, the district court where the charges are pending, to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Location: |
|---|---|
| Illinois Northern District Court, Chicago Division 219 SouthDearborn Street, Chicago, IL 60604 | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 6/20/2025

Christina A. Bryan
United States Magistrate Judge

13

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Southern    District of    Texas

| | | |
|---|---|---|
| United States of America | ) | |
| **v.** | ) | |
| | ) | Case No.    4:25-MJ-0366-2 |
| Suhaib Chaudhry | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Suhaib Chaudhry _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ☒ ) to appear for court proceedings;

( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or

( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☐ ) (1)   This is a personal recognizance bond.

( ☑ ) (2)   This is an unsecured bond of $ 50,000 _____ .

( ☐ ) (3)   This is a secured bond of $ _____ , secured by:

( ☐ ) (a) $ _____ , in cash deposited with the court.

( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

_____

_____

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____

_____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

14

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;

(2)     the property is not subject to claims, except as described above; and

(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 6/20/2025          X _____
                                      *Defendant's signature*

_____        _____
*Surety/property owner – printed name*        *Surety/property owner – signature and date*

_____        _____
*Surety/property owner – printed name*        *Surety/property owner – signature and date*

_____        _____
*Surety/property owner – printed name*        *Surety/property owner – signature and date*

CLERK OF COURT

Date: 6/20/2025          _____
                          *Signature of Clerk or Deputy Clerk*

Approved.

Date: 6/20/2025          _____
                          *Judge's signature*

15

United States District Court
Southern District of Texas

**ENTERED**

June 23, 2025

Nathan Ochsner, Clerk

AO 199A (Rev. 06/19)  Order Setting Conditions of Release

Page 1 of Pages

# UNITED STATES DISTRICT COURT
for the

## Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:25-MJ-0366-2 |
| Suhaib Chaudhry | ) | |
| | ) | |
| *Defendant* | ) | |

### ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
<em>Place</em>

_____

on  _____
<em>Date and Time</em>

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

16

AO 199B (Rev. 09/24) Additional Conditions of Release                                                Page ___ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                          *Custodian*                                      *Date*

( ☑ ) (7) The defendant must:
( ☑ ) (a) submit to supervision by and report for supervision to the  **Pretrial Services** ,
telephone number _____ , no later than _____ .
( ☐ ) (b) continue or actively seek employment. lawful employment; no employment with codeft
( ☐ ) (c) continue or start an education program.
( ☑ ) (d) surrender any passport to:   Pretrial Services  U.S. and Pakistani
( ☑ ) (e) not obtain a passport or other international travel document.
( ☑ ) (f) abide by the following restrictions on personal association, residence, or travel: Harris county and surrounding; Chicago for court
( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: co defendants, unindicted co conspirators (see attached list)
( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☑ ) (k) not possess a firearm, destructive device, or other weapon.
( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.   No CBD Products.
( ☐ ) (n) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
( ☐ ) (o) participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.
( ☐ ) (p) participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.
( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.
( ☑ ) (q) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i. Following the location restriction component (**check one**):

( ☐ ) (1) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
( ☐ ) (2) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
( ☐ ) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or
( ☑ ) (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

17

AO 199B (Rev. 09/24) Additional Conditions of Release   Page ____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

(ii) submit to the following location monitoring technology (**check one**):

( ☐ ) (1)  Location monitoring technology as directed by the pretrial services or supervising officer; or

( ☑ ) (2)  GPS; or

( ☐ ) (3)  Radio Frequency; or

( ☐ ) (4)  Voice Recognition; or

( ☐ ) (5)  Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

(iii) ( ☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☑ ) (r)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. Within 72 hours.

( ☑ ) (s)  Provide current bank statements for any bank accounts associated with his name or business to Probation

☑ No employment with any entity that bills federally

☐ Required to pay the cost for drug testing/treatment to the extent he/she is able to.

☑ May not incur any new debt or open any new lines of credit.

☑ Subject to credit checks by US Probation

**Co-defendants:**
Anosh Ahmed
Suhaib Chaudhry
Mohammed Sirajudeen

**Unindicted co-conspirators:**
Heather Bergdahl

**Witnesses / Victims:**
Erin Borders
Faramarz Azondinia aka Mario
George Miller, Jr.
George Miller III aka Trey
Ovais Mahmood aka Haris
Cathy Williams
Denise Seaman
Dedric Myers
Ibrahim Atef
Jonathan Daniels
Any employee of Tri-State Laboratories, including but not limited to Brandon Gomez and Aileen Reyna
Any employee of Loretto Hospital
Any employees, past or present, of Illinois Department of Public Health including but not limited to Meghan Patel
Any employees, past or present, of City of Chicago Department of Public Health including but not limited to Massimo Pacilli or Isaac Ghiani

AO 199C  (Rev. 09/08) Advice of Penalties                          Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

## Directions to the United States Marshal

(   ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: ___6/20/2025___                    _____
                                         Judicial Officer's Signature

                        ___Christina A. Bryan, United States Magistrate Judge___
                                         Printed name and title

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

20

AO 199A (Rev. 06/19)  Order Setting Conditions of Release

Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States of America
v.

Suhaib Chaudhry

)
)
)
)
)

Case No.    4:25-MJ-0366-2

*Defendant*

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

on _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance Bond, if ordered.

21

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                                          *Custodian*                         *Date*

( ☑ ) (7) The defendant must:

( ☑ ) (a) submit to supervision by and report for supervision to the   **Pretrial Services** ,
telephone number _____ , no later than _____ .

( ☐ ) (b) continue or actively seek employment. *lawful employment; no employment with codeft*

( ☐ ) (c) continue or start an education program.

( ☑ ) (d) surrender any passport to:   Pretrial Services   *U.S. and Pakistani*

( ☑ ) (e) not obtain a passport or other international travel document.

( ☑ ) (f) abide by the following restrictions on personal association, residence, or travel: *Harris county and surrounding; Chicago for court*

( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: *co defendants, unindicted co conspirators (see attached list)*

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☑ ) (k) not possess a firearm, destructive device, or other weapon.

( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.   No CBD Products.

( ☐ ) (n) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.

( ☐ ) (o) participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.

( ☐ ) (p) participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.

    ( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

( ☑ ) (q) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

    i. Following the location restriction component (**check one**):

      ( ☐ ) (1) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

      ( ☐ ) (2) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or

      ( ☐ ) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or

      ( ☑ ) (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

## ADDITIONAL CONDITIONS OF RELEASE

(ii)  submit to the following location monitoring technology (**check one**):

( ☐ ) (1)  Location monitoring technology as directed by the pretrial services or supervising officer; or

( ☑ ) (2)  GPS; or

( ☐ ) (3)  Radio Frequency; or

( ☐ ) (4)  Voice Recognition; or

( ☐ ) (5)  Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

(iii)  ( ☐ )  pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☑ )  (r)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. Within 72 hours.

( ☑ )  (s)  Provide current bank statements for any bank accounts associated with his name or business to Probation

☑ No employment with any entity that bills federally

☐ Required to pay the cost for drug testing/treatment to the extent he/she is able to.

☑ May not incur any new debt or open any new lines of credit.

☑ Subject to credit checks by US Probation

23

**Co-defendants:**
Anosh Ahmed
Suhaib Chaudhry
Mohammed Sirajudeen

**Unindicted co-conspirators:**
Heather Bergdahl

**Witnesses / Victims:**
Erin Borders
Faramarz Azondinia aka Mario
George Miller, Jr.
George Miller III aka Trey
Ovais Mahmood aka Haris
Cathy Williams
Denise Seaman
Dedric Myers
Ibrahim Atef
Jonathan Daniels
Any employee of Tri-State Laboratories, including but not limited to Brandon Gomez and Aileen Reyna
Any employee of Loretto Hospital
Any employees, past or present, of Illinois Department of Public Health including but not limited to Meghan Patel
Any employees, past or present, of City of Chicago Department of Public Health including but not limited to Massimo Pacilli or Isaac Ghiani

AO 199C   (Rev. 09/08)   Advice of Penalties        Page _____ of _____ Pages
═══════════════════════════════════════════════════════════════════════

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more -- you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)  any other felony -- you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)  a misdemeanor -- you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.


_____
*Defendant's Signature*

1600 POST OAK BLVD UNIT 1803, HOUSTON, TX 77056
*City and State*

346-560-3843

### Directions to the United States Marshal

(   )  The defendant is ORDERED released after processing.
(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   6/20/2025                    _____
                                     *Judicial Officer's Signature*

                    Christina A. Bryan, United States Magistrate Judge
                                     *Printed name and title*


DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

25